[No. 60101-6-I.   Division One.   August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ADAMS,
*Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00874-2, Charles R. Snyder, J., entered May 29, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Grosse and Appelwick, JJ.

[No. 60167-9-I.   Division One.   August 11, 2008.]

WESTLAKE VIEW CONDOMINIUM ASSOCIATION, *Appellant*, v. SIXTH
AVENUE VIEW PARTNERS, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-03680-1, Glenna Hall, J., entered June 5, 2007. *Reversed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Lau, J. Now published at 146 Wn. App. 760.

[No. 60241-1-I.   Division One.   August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ROSALES,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00615-4, John M. Meyer, J., entered June 20, 2007. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Cox and Leach, JJ.

[No. 60271-3-I.   Division One.   August 11, 2008.]

RUBY J. ANDERSON, *Individually and as Personal
Representative, Appellant*, v. ASBESTOS
CORPORATION, LTD., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-04551-5, John P. Erlick, J., entered November 20, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.